# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-15-00076-CV

**Texas Health and Human Services Commission and Office of Inspector General**

**v.**

**Antoine Dental Center**

(No. D-1-GN-14-002229 IN 200TH DISTRICT COURT OF TRAVIS COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JASON RAY |
| CLERK'S RECORD | $488.00 | PAID | HHSC |
| REPORTER'S RECORD | $455.50 | UNKNOWN | HHSC |
| FILING | $100.00 | TRANSFER | RHONDA RODRIGUEZ |
| STATEWIDE EFILING FEE | $30.00 | TRANSFER | RHONDA RODRIGUEZ |
| INDIGENT | $25.00 | TRANSFER | RHONDA RODRIGUEZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | TRANSFER | RHONDA RODRIGUEZ |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this June 23, 2016.

**DEBRA AUTREY, CLERK**

By _____

Deputy